## THIRD DISTRICT.

S. J. Buckner et al., appellees, v. Morris Bros. Shoe Company et al., appellants. Gen. No. 8,966.

Opinion filed January 15, 1937. Rehearing denied April 6, 1937.

Lancaster & Nichols and Paul S. Schmid, for appellants. John E. Wall, Patrick H. Cullen and Cullen Coil, for appellees.

Mr. Presiding Justice Fulton delivered the opinion of the court.

Federal Land Bank of St. Louis, appellee, v. William J. Leinweber et al., appellants. Gen. No. 9,001.

Opinion filed January 15, 1937.

J. W. Templeman, for appellants. Theo. E. Kircher, Lovell George and Fletcher C. Ransom, for appellee.

Mr. Presiding Justice Fulton delivered the opinion of the court.

Flora B. Dorrah, plaintiff in error, v. Orlo Jordan, defendant in error. Gen. No. 9,007.

Opinion filed January 15, 1937.

S. H. Cummins, for plaintiff in error. Hershey & Bliss, for defendant in error.

Mr. Presiding Justice Fulton delivered the opinion of the court.

Joseph F. Bohrer and Charles J. Werner, appellees, v. John M. Wohldorf, appellant. Gen. No. 9,013.

Opinion filed January 15, 1937.

Whitmore & Whitmore, for appellant. James A. Light, guardian ad litem. Charles M. Peirce, for appellee.

Mr. Presiding Justice Fulton delivered the opinion of the court.